# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| SILVERLAKE PARK, LLC | |
| Plaintiff(s), | 2:17–cv–03291–CAS–AGR |
| v. | |
| STEWART TITLE GUARANTY COMPANY, et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    11/21/2017

Document Number(s):    56

Title of Document(s):    Stipulation to Extend Time to Respond to Initial Third Party Complaint By Not More Than 30 Days

**ERROR(S) WITH DOCUMENT:**

Proposed Order not submitted herewith. Stipulations for extension of time as to cross–claims, counterclaims, third–party complaints or any amended or supplemental pleadings require approval by the judge, Local Rule 8–3.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  December 18, 2017          By:  /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**