```
 1  Joel T. Shackelford, Esq. (State Bar No. 260987)
    KAUFMAN DOLOWICH & VOLUCK, LLP
 2  11755 Wilshire Blvd., Ste. 2400
    Los Angeles, CA 90025
 3  Telephone:  (310) 775-6511
    Facsimile:  (310) 575-9720
 4
    Attorneys for third-party defendant, VC
 5  VISIONS, LLC
 6
 7
 8              UNITED STATES DISTRICT COURT
 9             CENTRAL DISTRICT OF CALIFORNIA
10
11  SILVERLAKE PARK, LLC, a              Case No. 2:17-cv-03291-CAS-AGR
    California limited liability company;  [Assigned to Hon. Christina A. Snyder]
12
             Plaintiff,                   NOTICE OF SETTLEMENT AND
13                                        APPLICATION OF THIRD-PARTY
        vs.                               DEFENDANT, VC VISIONS, LLC,
14                                        FOR DETERMINATION OF GOOD
    STEWART TITLE GUARANTY               FAITH SETTLEMENT
15  COMPANY, a Texas corporation; and
    DOES 1 through 10, inclusive;
16                                        [Filed concurrently with DECLARATION
             Defendants.                  OF JOEL T. SHACKELFORD, ESQ. IN
17                                        SUPPORT OF APPLICATION OF
                                          THIRD-PARTY DEFENDANT, VC
18  STEWART TITLE GUARANTY               VISIONS, LLC, FOR DETERMINATION
    COMPANY, a Texas corporation,         OF GOOD FAITH SETTLEMENT;
19                                        [PROPOSED] ORDER]
             Counterclaimant
20
        vs.
21
    SILVERLAKE PARK, LLC, a California
22  limited liability company
23           Counter-defendant.
24
    STEWART TITLE GUARANTY
25  COMPANY, a Texas corporation,
26           Third-Party Plaintiff,
27      vs.
28  FIRST   CAPITAL   REAL   ESTATE
```

                                                  1               Case No. 2:17-cv-03291-CAS-AGR
              APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | INVESTMENTS, LC, a California limited liability company; VC VISIONS, LLC, a Delaware limited liability company; SHERR, LLC, a Delaware limited liability company; SAPER, INC., a Delaware corporation; DROMY INTERNATIONAL INVESTMENTS CORPORATION, a California corporation; and DOES 1-10, inclusive<br><br>        Third-Party Defendants. |

**TO THE ABOVE ENTITLED COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that third-party defendants, VC VISIONS, LLC ("VCV"), as well as FIRST CAPITAL REAL ESTATE INVESTMENTS, LLC ("FCREI"), and plaintiff, counter-defendant, and third-party defendant, SILVERLAKE PARK, LLC and DROMY INTERNATIONAL INVESTMENTS CORP. ("Dromy International") (collectively, the "Silverlake Parties"), have entered into a written settlement agreement as to the above entitled action. Pursuant to that settlement agreement, VCV and FCREI hereby jointly apply to this Court for a determination of good faith of such settlement in accordance with *Civ. Proc. Code* §877.6(a)(2), as recognized in this judicial circuit per *Fed. Sav. & Loan Ins. Corp. v. Butler* (9th Cir. 1990) 904 F.2d 505, 511. A copy of the subject Application and [proposed] Order are served and filed herewith.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: July 1, 2019 | **KAUFMAN DOLOWICH & VOLUCK, LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Joel T. Shackelford, Esq.<br>Attorneys for third-party defendant,<br>VC VISIONS, LLC |

## APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION

The parties to the subject written settlement in this matter, a true and correct copy of which is attached as **EXHIBIT A** to the Declaration of Joel T. Shackelford, Esq. accompanying this Application, are: VCV, FCREI, and Silverlake. [Shackelford Declaration ¶2, **EXHIBIT A**].

The amount of the settlement is fair and reasonable, and is in consideration for the compromise, release, and waiver of all claims as stated in the subject settlement agreement. That is, VCV and FCREI have agreed to pay, or have be paid, cash or stock commensurate with the value of monies received from those respective parties from the escrow which is the subject of this litigation. [Shackelford Declaration ¶3, **EXHIBIT B**].

The parties to this action are: VCV, FCREI, the Silverlake Parties, as well as defendant, counterclaimaint, and third-party plaintiff, STEWART TITLE GUARANTY COMPANY ("Stewart Title"); and SHERR, LLC and SAPER, LLC (collectively, the "Oren Parties").

The pleading affected by the subject settlement is: (i) the Third-Party Complaint of Stewart Title filed on October 30, 2017 by Stewart Title against FCREI, VCV, the Oren Parties, and Dromy International for claims sounding indemnity, contribution, and breach of the implied covenant of good faith and fair dealing. (Document 43).

VCV requests a determination of good faith from this court and dismissal of: (i) the Third-Party Complaint of Stewart Title filed on October 30, 2017 by Stewart Title

against FCREI, VCV, the Oren Parties, and Dromy International for claims sounding indemnity, contribution, and breach of the implied covenant of good faith and fair dealing as to all causes of action or claims against either VCV or FCREI.

This Application is based upon the express terms of the settlement agreement attached to the Declaration of Joel T. Shackelford, Esq. as **EXHIBIT A**, and upon the Declaration of Joel T. Shackelford, Esq. in general.

DATED: July 1, 2019        **KAUFMAN DOLOWICH & VOLUCK, LLP**

By: _____
Joel T. Shackelford, Esq.
Attorneys for third-party defendants,
VC VISIONS, LLC; ALEXANDRIA
ACQUISITION AND DEVELOPMENT, LLC;
and JOSEPH GUGLIELMO

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2019, I electronically filed the foregoing **NOTICE OF SETTLEMENT AND APPLICATION OF THIRD-PARTY DEFENDANS, VC VISIONS, LLC, FOR DETERMINATION OF GOOD FAITH SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joshua E. Anderson, Esq.
Collin P. Wedel, Esq.
SIDLEY AUSTIN, LLP
555 W. Fifth St., Ste. 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: janderson@sidley.com;
cwedel@sidley.com

Marc E. Rohatiner, Esq.
Edward E Weiman, Esq.
WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard 9th Floor
Los Angeles, CA 90064-1582
310-478-4100
Fax: 310-479-1422
Email:mrohatiner@wrslawyers.com;
eweiman@wrslawyers.com

Joshua D. Brinen, Esq.
BRINEN AND ASSOCIATES, LLC
90 Broad St., 2nd Fl.
New York, NY 10004
Telephone: (212) 330-8151
Facsimile: (212) 202-5330
E-mail: jbrinen@brinenlaw.com

| | |
|---|---|
| 1 | Lee Sacks, Esq. |
| 2 | LEE SACKS LAW OFFICE |
| | 27560 Winding Way |
| 3 | Malibu, CA 90265 |
| | Telephone: (310) 451-3113 |
| 4 | Facsimile: (31) 451-0089 |
| 5 | Email: sacksapclaw@aol.com |

/s/ Joel T. Shackelford
Joel T. Shackelford, Esq.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that:

I am over the age of 18 years and not a party to the case. I am employed in the County of Los Angeles, California, where the mailing occurs; and my business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, California, 90025.

On 7/2/2019, I served the following document:

**NOTICE OF SETTLEMENT AND APPLICATION OF THIRD-PARTY DEFENDANT, VC VISIONS, LLC, FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

on all interested parties in this action as follows:

| | |
|---|---|
| Joshua E. Anderson, Esq.<br>Collin P. Wedel, Esq.<br>SIDLEY AUSTIN, LLP<br>555 W. Fifth St., Ste. 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>Email: janderson@sidley.com;<br>cwedel@sidley.com | Marc E. Rohatiner, Esq.<br>Edward E Weiman, Esq.<br>WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP<br>11400 West Olympic Boulevard 9th Floor<br>Los Angeles, CA 90064-1582<br>310-478-4100<br>Fax: 310-479-1422<br>Email: mrohatiner@wrslawyers.com;<br>eweiman@wrslawyers.com |
| Joshua D. Brinen, Esq.<br>BRINEN AND ASSOCIATES, LLC<br>90 Broad St., 2nd Fl.<br>New York, NY 10004<br>Telephone: (212) 330-8151<br>Facsimile: (212) 202-5330<br>E-mail: jbrinen@brinenlaw.com | Lee Sacks, Esq.<br>LEE SACKS LAW OFFICE<br>27560 Winding Way<br>Malibu, CA 90265<br>Telephone: (310) 451-3113<br>Facsimile: (31) 451-0089<br>Email: sacksapclaw@aol.com |

[X] **BY ELECTRONIC FILING/SERVICE:** Pursuant to Electronic Filing and Service Order signed by the Court assigning this case to the electronic filing and service system, I caused such document(s) to be Electronically Filed and Served through the ECF system for the above-entitled case. The file transmission was reported as complete and a copy of the Notice of Electronic Filing will be maintained with the original document(s) in our office.

**AND**

[X] **BY CERTIFIED MAIL- RETURN RECEIPT REQUESTED** I deposited such envelope(s) with postage thereon fully prepaid for certified mail with return receipt in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on 7/2/2019, at Los Angeles, California.

*/s/ Noemi Bernal*
Noemi Bernal

4825-0520-0940, v. 1

---

**PROOF OF SERVICE**