ADAM R. AQUINO (SBN 324526)
aaquino@foley.com
FOLEY & LARDNER LLP
95 SOUTH STATE STREET
SUITE 2500
SALT LAKE CITY, UTAH 84111

NICK GROSS (SBN 285403)
ngross@foley.com
FOLEY & LARDNER LLP
555 SOUTH FLOWER STREET
SUITE 3300
LOS ANGELES, CA 90072

JAMES G. MUNISTERI (*Admitted Pro Hac Vice*)
jmunisteri@foley.com
FOLEY & LARDNER LLP
1000 LOUISIANA STREET, SUITE 2000
HOUSTON, TEXAS 77002

J. MICHAEL THOMAS (*Admitted Pro Hac Vice*)
jmthomas@foley.com
FOLEY & LARDNER LLP
2021 MCKINNEY AVENUE
SUITE 1600
DALLAS, TEXAS 75201-3340

Attorneys for Defendant
STEWART TITLE GUARANTY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SILVERLAKE PARK, LLC, etc., <br><br> Plaintiff, <br><br> v. <br><br> STEWART TITLE GUARANTY COMPANY, etc., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-03291-SK <br><br> **AMENDED JOINT STIPULATION TO FILE TRIAL TRANSCRIPT** <br><br> Judge:   Steve Kim <br> Trial Date:  June 24, 2025 |

1     Plaintiff and Counter-Defendant Silverlake Park, LLC, Counter-Defendant Dromy International Investment Corp., and Defendant and Counter-Plaintiff Stewart Title Guaranty Company, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The bench trial took place on June 24, 2025, June 25, 2025, June 26, 2025, and June 27, 2025 before Magistrate Judge Steve Kim.
2. The Court permitted the parties to retain Natalie Parvizi-Azad (License No. 14125) and Katelyn Chung (License No. 14368) to record the proceedings for purposes of preparing a transcript.
3. The transcripts prepared by Ms. Parvizi-Azad and Ms. Chung have been reviewed by counsel and counsel stipulate that the transcripts are a complete and accurate record of the bench trial proceedings.
4. The parties jointly request that the Court designate the attached transcripts as the official record of the court for all purposes, including for appellate purposes.

WHEREFORE, the parties jointly request that the Court designate the attached transcripts as the official record of the court for all purposes, including for appellate purposes.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | DATED: August 12, 2025 | **FOLEY & LARDNER LLP** |
| 2 | | James G. Munisteri |
| | | Adam R. Aquino |
| 3 | | Nicholas Gross |
| 4 | | Jonathan Michael Thomas |
| 5 | | */s/ Adam R. Aquino* |
| 6 | | Adam R. Aquino |
| | | Attorneys for Defendant and |
| 7 | | Counter-Plaintiff STEWART TITLE GUARANTY COMPANY |
| 8 | DATED: August 12, 2025 | WOLF, RIFKIN, SHAPIRO, |
| 9 | | SCHULMAN & RABKIN, LLP |
| 10 | | |
| 11 | | |
| 12 | | By: */s/ Marc Rohatiner* |
| | | Marc Rohatiner |
| 13 | | Attorneys for Plaintiff and Counter-Defendant, |
| 14 | | SILVERLAKE PARK, LLC and Third-Party |
| 15 | | Defendant, DROMY INTERNATIONAL INVESTMENT CORP. |

AMENDED JOINT STIPULATION TO FILE TRIAL TRANSCRIPT

4911-8539-3244.1

1 **L.R. 5-4.3.4(a)(2)(i) Attestation**

2 I, Adam Aquino, attest that all other signatories listed, on whose behalf the
3 filing is submitted, concur in the filing's content and have authorized the filing.

5 DATED:  August 12, 2025        **FOLEY & LARDNER, LLP**

7                                 By:  /s/ Adam R. Aquino
8                                        ADAM R. AQUINO