JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SILVERLAKE PARK, LLC, etc., | Case No. 2:17-cv-03291-SK |
| Plaintiff, | **[PROPOSED]** JUDGMENT |
| vs. | |
| STEWART TITLE GUARANTY COMPANY, etc., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

JUDGMENT

WHEREAS, plaintiff, SILVERLAKE PARK, LLC ("Plaintiff") brings this action against defendant, STEWART TITLE GUARANTY COMPANY ("Stewart Title");

WHEREAS, following the bench trial from June 24, 2025 through June 27, 2025, and in accordance with the Court's November 26, 2025 Memorandum Opinion and Order [ECF 263] and February 6, 2026 Order Granting In Part Plaintiff's Motion for Award of Prejudgment Interest, etc. [ECF 273];

**IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Judgment is entered in favor of Plaintiff and against Stewart Title;

2. Stewart Title is ordered to pay Plaintiff the total amount of **$7,716,447.37**, which consists of:

   a. Final Judgment in the amount of $6,182,445.00; and

   b. $1,534,002.37 in prejudgment interest;

3. Costs of suit are awarded to Plaintiff in an amount according to proof. Pursuant to L.R. 54-2, within 14 days after entry of this Judgment, Plaintiff shall file and serve a completed Application to the Clerk to Tax Costs.

**IT IS SO ORDERED.**

DATED:  March 6, 2026

_____
The Honorable Steve Kim
United States Magistrate Judge