# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERLAKE PARK LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> STEWART TITLE GUARANTY COMPANY, a Texas corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No. 17-cv-03291-SK <br><br> **FINAL JUDGMENT** |

AND RELATED COUNTERCLAIMS

WHEREAS, Plaintiff, SILVERLAKE PARK, LLC ("Plaintiff") brings this action against defendant, STEWART TITLE GUARANTY COMPANY ("Stewart Title");

WHEREAS, on February 12, 2024, the Court entered default judgments against Third-Party Defendants FIRST CAPITAL REAL ESTATE INVESTMENTS, LLC ("First Capital"), VC VISIONS LLC ("VCV"), and SHERR LLC ("Sherr") (collectively, the "Defaulted Third Parties"), reserving determination of damages [ECF 155];

WHEREAS, Stewart Title moved for determination of damages pursuant to the default judgment against the Defaulted Third Parties [ECF 264], seeking indemnification for the full amount of the judgment entered against Stewart Title in favor of Silverlake and, against First Capital and VCV, its attorneys' fees and costs;

WHEREAS, following the bench trial from June 24, 2025 through June 27, 2025, and in accordance with the Court's November 26, 2025 Memorandum Opinion and Order [ECF 263] and February 6, 2026 Order Granting In Part Plaintiff's Motion for Award of Prejudgment Interest, etc. [ECF 273];

**IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Judgment is entered in favor of Plaintiff and against Stewart Title;

2. Stewart Title is ordered to pay Plaintiff the total amount of **$7,716,447.37**, which consists of:

    a. Final Judgment in the amount of **$6,182,445.00**; and

    b. **$1,534,002.37** in prejudgment interest;

3. Costs of suit are awarded to Plaintiff in an amount according to proof;

4. Judgment is entered in favor of Stewart Title and against Third-Party Defendants First Capital, VCV, and Sherr, jointly and severally, in the amount of **$7,716,447.37**;

5. Judgment is entered in favor of Stewart Title and against Third-Party Defendants First Capital and VCV, jointly and severally, in the additional amount of **$2,845,267.62** for attorneys' fees and costs actually incurred by Stewart Title in defending against Silverlake's claims and prosecuting its third-party claims;

6. All other relief not expressly granted is hereby denied.

**IT IS SO ORDERED.**

Dated: March 13, 2026

HON. STEVE KIM
United States Magistrate Judge